IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOE LEONARD BELL, JR.
ADC #107834                                                          PLAINTIFF

v.                       2:13-cv-54-DPM-JTR

DANNY BURL, Warden, East Arkansas
Regional Unit, ADC; JEREMY ANDREWS,
Major, East Arkansas Regional Unit, ADC;
and CURTIS L. ROLFE, III, Disciplinary
Hearing Officer, East Arkansas Regional
Unit, ADC                                                            DEFENDANTS

ORDER

Bell has failed to provide valid service information for Curtis L. Rolfe, III, who no longer works for the Arkansas Department of Correction. N<u>o</u>. 8, 11, & 19. The time to do so has expired. FED. R. CIV. P. 4(m); *Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993). Bell's claims against Rolfe are therefore dismissed without prejudice. An *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

29 October 2013