**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

JOE LEONARD BELL, JR.,
ADC #107834                                                                                       PLAINTIFF

V.                                         2:13CV00054 DPM/JTR

DANNY BURL, Warden; and
JEREMY ANDREWS, Major,
East Arkansas Regional Unit, ADC, et al.                                          DEFENDANTS

**ORDER**

On December 30, 2013, Plaintiff filed a "Motion to Subpoena," which is more properly characterized as a Motion to Compel. *Doc. 41*. In that pleading, Plaintiff appears to be alleging that a medical script written by Nurse Floyd on May 12, 2011, is stored on an electronic database only. Because Plaintiff only has access to his paper medical records, he is unable to review that medical script. *Id.* Accordingly, he asks the Court to compel Defendants to produce a paper copy of that medical script. *Id.* Defendants have not responded to the Motion. They will have seven additional days to do so.

IT IS THEREFORE ORDERED THAT Defendants must file, **on or before January 28, 2014**, a Response to Plaintiff's Motion for a Subpoena (Doc. 41).

Dated this 21st day of January, 2014.

                                          _____
                                          UNITED STATES MAGISTRATE JUDGE