# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### HELENA DIVISION

JOE LEONARD BELL, JR.,
ADC #107834                                                                 PLAINTIFF

V.                              2:13CV00054 DPM/JTR

DANNY BURL, Warden; and
JEREMY ANDREWS, Major,
East Arkansas Regional Unit, ADC, et al.                      DEFENDANTS

## <u>ORDER</u>

Plaintiff has filed a "Motion to Subpoena," which is more properly characterized as a Motion to Compel. *Doc. 41.* In that pleading, Plaintiff asks the Court to require Defendants to produce a paper copy of the medical script Nurse Floyd entered into an electronic database on May 12, 2011. *Id.*

Defendants explain that their electronic database does not contain any such medical script. *Doc. 45.* Instead, the electronic database demonstrates that Plaintiff was seen in the infirmary by Nurse Campbell on April 23, 2011, and he did not return to the infirmary until November 2, 2011. *Id.* The Court cannot order Defendants to produce what they do not possess.

IT IS THEREFORE ORDERED THAT Plaintiff's Motion for a Subpoena, which has been construed as a Motion to Compel (Doc. 41), is DENIED.

Dated this <u>30th</u> day of January, 2014.

_____
UNITED STATES MAGISTRATE JUDGE