**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**


JOE LEONARD BELL, JR.,                                                    PLAINTIFF

V.                                    2:13CV00054 DPM/JTR

DANNY BURL, Warden; and
JEREMY ANDREWS, Major,
East Arkansas Regional Unit, ADC, et al.                          DEFENDANTS


## <u>ORDER</u>

Plaintiff has filed a Motion asking the Court to compel Defendants to produce three documents that were reviewed during his May 25, 2011 disciplinary hearing. *Doc. 55.* Defendants argue that the Motion to Compel is improper because Plaintiff has not previously sent them a request for production seeking copies of those documents. *Doc. 58.* Nevertheless, Defendants have recently sent Plaintiff a copy of the requested documents. Thus, the Motion to Compel is moot.

Plaintiff also seeks an additional thirty days to file his Response to Defendants' Motion for Summary Judgment. *Doc. 57.* The Court finds good cause for granting that request.

IT IS THEREFORE ORDERED THAT:

1.      Plaintiff's Motion to Compel (*Doc. 55*) is DENIED AS MOOT.

2.      Plaintiff's Motion for an Extension of Time (*Doc. 57*) is GRANTED, and

he must file, **or before March 27, 2014**, a Response to Defendants' Motion for Summary Judgment that complies with the instructions in the February 5, 2014 Order.

Dated this 25th day of February, 2014.

_____
UNITED STATES MAGISTRATE JUDGE