IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOE LEONARD BELL, JR.
ADC #107834                                                                    PLAINTIFF

v.                          2:13-cv-54-DPM-JTR

JEREMY ANDREWS, Major,
East Arkansas Regional Unit, ADC                                    DEFENDANT

ORDER

1. The Court will hold a hearing on counsel's motion to continue and motion to withdraw, № 93, at 11:00 a.m. on Wednesday, 18 November 2015. The hearing will be held in Courtroom B-155 of the Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas. Bell must appear. If he fails to appear, then his claims against Andrews will be dismissed without prejudice.

2. The Court directs both the Clerk and Bell's lawyer to send a copy of this Order to Bell's last known address. Bell's lawyer must also send a copy of the Order to all alternate addresses he has for Bell. And if he has an address for the man he believes may be Bell's son, № 93 at 2, then Bell's lawyer should send a copy to Bell care of Joe Leonard Bell III as well.

3. If Bell appears at the 18 November 2015 hearing, then the Court will take up counsel's motion, № 93, Andrews's motion *in limine*, № 92, and other pretrial matters at the hearing.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 November 2015