IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOE LEONARD BELL, JR.
ADC #107834                                                                          PLAINTIFF

v.                               No. 2:13-cv-54-DPM

JEREMY ANDREWS, Major,
East Arkansas Regional Unit, ADC                                         DEFENDANT

## ORDER

Despite the Court's Order, № 94, Bell didn't appear at the 18 November 2015 hearing. The Court will therefore dismiss Bell's remaining claim against Andrews without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2). The pending motions, № 92 & 93, are denied as moot. Mr. Rosenzweig is relieved as counsel with the Court's thanks.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 November 2015