IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOE LEONARD BELL, JR.
ADC #107834                                                      PLAINTIFF

v.                            No. 2:13-cv-54-DPM

DANNY BURL, Warden, East Arkansas
Regional Unit, ADC; JEREMY ANDREWS, Major,
East Arkansas Regional Unit, ADC; and CURTIS L.
ROLFE, III, Disciplinary Hearing Officer, East
Arkansas Regional Unit, ADC                  DEFENDANTS

## JUDGMENT

1. Bell's claims against Burl and Rolfe are dismissed without prejudice.

2. Bell's inadequate-care and retaliatory-discipline claims against Andrews are dismissed with prejudice.

3. Bell's retaliatory-assignment claim against Andrews is dismissed without prejudice.

                                        _/s/ WPMarshall Jr._
                                        D.P. Marshall Jr.
                                        United States District Judge

                                        18 November 2015